IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:23-cv-00102-BO

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PATRILLA SINGLETON, )<br>DORETHEA NEELY, and )<br>NYEISHA JOYNER )<br>)<br>Defendants. ) | **CONSENT ORDER** |

This matter is before the Court on Plaintiff-in-Interpleader Life Insurance Company of North America's ("LINA") Consent Motion for Discharge, Dismissal, and Permanent Injunction. Having considered all matters of record, and finding that Defendants consent to the requested relief and that good cause exists, the Motion is **GRANTED**. Accordingly, **IT IS HEREBY ORDERED**:

a) That LINA is **DISCHARGED** from all further liability under BSH Home Appliances Corporation's employee welfare benefit plan ("the Plan") beyond those monies deposited into the Court's Registry in the amount of $77,000.00, which represent all benefits payable under the Plan by reason of the death of Bruce Singleton ("the Decedent):

b) That LINA is **DISMISSED WITH PREJUDICE** from this action; and

c) That Defendants Patrilla Singleton, Dorethea Neely, and Nyeisha Joyner are **PERMANENTLY ENJOINED** and restrained from initiating any other action against LINA for recovery of benefits payable under the Plan by reason of the death of the Decedent.

**SO ORDERED**, this ___ day of _February_, 2024.

_____
TERENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

Prepared and Presented by:

*/s/ Gemma L. Saluta*
Gemma L. Saluta
N.C. State Bar No. 37032

WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
(336) 721-3600 (telephone)
*Gemma.Saluta@wbd-us.com*


*/s/ Aaron E. Pohlmann*
Aaron E. Pohlmann
Ga. Bar No. 582685

WOMBLE BOND DICKINSON (US) LLP
271 17th Street NW, Suite 2400
Atlanta, GA 30363
(404) 872-7000 (telephone)
*Aaron.Pohlmann@wbd-us.com*

*Attorneys for Defendant Life Insurance Company of North America*