IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:23-cv-00102-BO

| | | |
|---|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) ) ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) | CONSENT ORDER |
| PATRILLA SINGLETON, NYEISHA JOYNER, and DORETHEA NEELY | ) ) ) ) | |
| Defendants. | ) | |

By Consent Order entered by the undersigned on February 12, 2024, Life Insurance Company of North America deposited the proceeds of a disputed insurance policy with the Court's Registry. [DE 26]. All remaining disputes in this action have now been settled. [DE 31].

This matter now comes before the Court on the remaining parties' Consent Motion to Discharge Proceeds. Having considered all matters of record, and finding that Patrilla Singleton, Nyeisha Joyner and Dorethea Neely have consented to the requested relief and that good cause exists, the Motion is GRANTED. Accordingly, IT IS HEREBY ORDERED:

a. That Dorethea Neely is entitled to immediate disbursement of $38,500 of the deposited funds, representing ½ of the funds deposited in this matter, plus ½ of any accrued interest less ½ of the applicable treasury registry fee. The funds for Dorethea Neely shall be paid as follows:

Dorethea Neely c/o Everett, Womble & Lawrence, LLP

And mailed to the following address:

Everett, Womble & Lawrence, LLP
Attn: Harry Lorello
203 N. William St.
Goldsboro, NC 27530

b. Pursuant to the original designation of beneficiaries in the policy in dispute, the remaining funds of $38,500, plus ½ of any accrued interest less ½ of the applicable treasury registry fee shall be payable to the Estate of Bruce Singleton and held until such time as a duly appointed executor or administrator of the Estate of Bruce Singleton is appointed and requests the funds. The funds shall not be disbursed unless the administrator or executor presents proof satisfactory to the Court of their appointment.

c. As no matters remain in dispute between the parties, the Clerk of Court shall close this case.

SO ORDERED, this the 23 day of May 2024.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE