UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA,<br>　　　　Plaintiff<br><br>vs.<br><br>PATRILLA SINGLETON, DORETHEA NEELY, AND NYEISHA JOYNER,<br><br>　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:23-CV-102-BO** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Dorethea Neely is entitled to immediate disbursement of $38,500 of the deposited funds, representing ½ of the funds deposited in this matter, plus ½ of any accrued interest less ½ of the applicable treasury registry fee.

In addition, pursuant to the original designation of beneficiaries in the policy in dispute, the remaining funds of $38,500, plus ½ of any accrued interest less ½ of the applicable treasury registry fee shall be payable to the Estate of Bruce Singleton and held until such time as a duly appointed executor or administrator of the Estate of Bruce Singleton is appointed and requests the funds. The funds shall not be disbursed unless the administrator or executor presents proof satisfactory to the Court of their appointment.

This Judgment filed and entered on May 24, 2024, and copies to:

| | |
|---|---|
| Aaron E. Pohlmann | (via CM/ECF electronic notification) |
| Gemma L. Saluta | (via CM/ECF electronic notification) |
| Patrilla Singleton | (Sent to 2646 Silver Creek Dr. Greenville, NC 27834 via US Mail) |
| Harry Lorello | (via CM/ECF electronic notification) |
| Nyeisha Joyner | (Sent to 2646 Silver Creek Dr. Greenville, NC 27834 via US Mail) |

May 24, 2024

PETER A. MOORE, JR.
Clerk of Court

By: /s/ Nicole Sellers
Deputy Clerk